BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 13,720.00 IN U.S. CURRENCY,<br><br>Defendant. | CASE NO. 1:14-MC-00004-LJO<br><br>STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and Claimant Aaron Brown (hereafter "Claimant"), by and through his respective attorney, as follows:

1. On or about October 28, 2013, Claimant filed a claim, in the administrative forfeiture proceeding, with the United States Drug Enforcement Administration with respect to the approximately $13,720.00 in U.S. Currency (hereafter "currency"), which was seized on or about June 11, 2013.

2. The United States Drug Enforcement Administration sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the currency as required by law in the administrative forfeiture proceeding.

///

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to March 25, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture shall be extended to March 25, 2014.

Dated: January 22, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: January 22, 2014

By: /s/ J. Allen Crumpler III
J. ALLEN CRUMPLER III
Attorney for Claimant Aaron Brown
(Original signature retained by attorney)

IT IS SO ORDERED.

Dated: **January 27, 2014**       /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE